# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-2428

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Ulises Israel Cuadros Navarrete, also | * | |
| known as Ulises Cuadros Navarrete, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: March 22, 2012
Filed: April 3, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Ulises Israel Cuadros Navarrete pled guilty to aiding and abetting the distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 18 U.S.C. § 2, and 21 U.S.C. § 841(a)(1), (b)(1)(A). The district court[1] sentenced him to 72 months in prison and 5 years of supervised release. On appeal, counsel moves to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967).

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

Having carefully reviewed the record before us, we reject counsel's argument that the sentence is unreasonable: the district court committed no significant procedural error and imposed a substantively reasonable sentence. See United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (in reviewing sentences, appellate court first ensures that no significant procedural error occurred, then considers substantive reasonableness of sentence under abuse-of-discretion standard, taking into account totality of circumstances; if sentence is within Guidelines range, appellate court may apply presumption of reasonableness). Further, having reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____